169 A.3d 988

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. Y.H., DEFENDANT-
PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF
S.H., A MINOR—RESPONDENT.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001022–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 988

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC
PASS–THROUGH TRUST, SERIES 2013–B, PLAINTIFF–RE-
SPONDENT, v. GLEN PALIFRONE, DEFENDANT–PETITION-
ER, AND MICHELE L. SCHETTINO, DEFENDANT.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004947–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.